# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Costa, Gregg J. | United States Court of Appeals, Fifth Circuit | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

515 Rusk
Houston TX 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member and Chief Financial Officer | Freedom Project Network |
| 2. | Director and President Elect | Texas Law Review Association |
| 3. | Board Member | Houston Urban Debate League |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Calpine Energy Solutions -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU School of Law | 2/1/19-2/4/19 | New York, NY | Moot Court | Transportation, lodging and hotel |
| 2. | Dartmouth College | 2/28/19-3/4/19 | Hanover, NH | Moot Court/Symposium for 200th Anniversary of Dartmouth College Case | Transportation, lodging, and food |
| 3. | American Law Institute | 4/3/19-4/4/19 | Philadelphia, PA | Advisor session for Project on Policing | Transportation, lodging, and food |
| 4. | Unversity of Texas School of Law | 4/4/19-4/5/19 | Austin, TX | Capital Punishment Symposium | Transportation, lodging, and food |
| 5. | University of Chicago School of Law | 4/24/19-4/25/19 | Chicago, IL | Moot Court | Transportation, lodging, and food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Costa, Gregg J.** | 05/12/2020 |

| 6. | Duke Law School Bloch Judicial Institute | 5/10/19-5/11/19 | Durham, NC | Panelist at program for judicial LLM program | Transportation, lodging,and food |
|---|---|---|---|---|---|
| 7. | Federalist Society -- Denver Lawyers Chapter | 10/17/19-10/18/19 | Denver, CO | Speech | Transportation, lodging, and food |
| 8. | | | | | |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apple common stock | B | Dividend | M | T | Sold (part) | 7/22/19 | J | D | |
| 2. | | | | | Sold (part) | 10/25/19 | K | E | |
| 3. Bank of America "cash" account | | None | L | T | | | | | |
| 4. Columbia Seligmann Communications Fund | D | Dividend | K | T | | | | | |
| 5. Fidelity Advisor Equity Growth | C | Dividend | K | T | | | | | |
| 6. Investco Charter Fund | B | Dividend | K | T | | | | | |
| 7. iShares S&P Small Cap 600 Index Fund | A | Dividend | K | T | | | | | |
| 8. Oppenheimer Main Street Small & Midcap Fund | B | Dividend | K | T | | | | | |
| 9. Pioneer Mid-Cap Value Fund | B | Dividend | K | T | | | | | |
| 10. Vanguard 500 Index Fund | D | Dividend | M | T | | | | | |
| 11. Texas 529 Large Cap Core (T Rowe Price Large Cap Growth) | A | Dividend | K | T | | | | | |
| 12. Texas 529 Capital Appreciation (Vanguard Inst. Index) | A | Dividend | K | T | | | | | |
| 13. Texas 529 Main Street (DFA Small Cap; Artisan Value Fund) | A | Dividend | K | T | | | | | |
| 14. Virginia 529 Real Estate Trust (Vanguard Real Estate Index) | A | Dividend | K | T | | | | | |
| 15. Virginia 529 Aggressive Fund (made up of more than 10 funds) | D | Dividend | M | T | | | | | |
| 16. Virginia 529 Stock Index Fund (Parnassus Core Equity Fund) | D | Dividend | M | T | Sold (part) | 10/10/19 | J | | |
| 17. Virginia 529 International Fund (made up of 5 funds) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Costa, Gregg J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   America Funds Europacific Growth (401k) | A | Dividend | J | T | | | | | |
| 19.   American Funds Growth Fund of America (401k) | B | Dividend | K | T | | | | | |
| 20.   Causeway International Value (401k) | B | Dividend | K | T | | | | | |
| 21.   Dodge & Cox Stock Fund (401k) | B | Dividend | K | T | | | | | |
| 22.   DWS Capital Growth Fund (IRA) | A | Dividend | J | T | | | | | |
| 23.   DWS S&P 500 Index Fund (IRA) | A | Dividend | J | T | | | | | |
| 24.   DWS World Dividend Fund (IRA) | A | Dividend | J | T | | | | | |
| 25.   Fidelity Blue Chip Growth Fund (401k) | C | Dividend | L | T | | | | | |
| 26.   Fidelity Focused Stock Fund (401k) | C | Dividend | L | T | | | | | |
| 27.   Fidelity Freedom Income Fund (401k) | B | Dividend | K | T | | | | | |
| 28.   Fidelity Growth Company Fund (401k) | C | Dividend | L | T | | | | | |
| 29.   Fidelity Growth & Income Fund (401k) | B | Dividend | K | T | | | | | |
| 30.   Fidelity Pacific Basin Fund (401k) | B | Dividend | K | T | | | | | |
| 31.   Goldman Sachs Growth Opportunity (401k) | A | Dividend | K | T | | | | | |
| 32.   Janus Global Select Fund (IRA) | A | Dividend | J | T | | | | | |
| 33.   Janus Growth & Income Fund (IRA) | A | Dividend | J | T | | | | | |
| 34.   Janus Research Fund (IRA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Costa, Gregg J.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Janus Worldwide Fund (IRA) | A | Dividend | J | T | | | | | |
| 36. JP Morgan Smart Retirement 2020 (IRA) | D | Dividend | L | T | | | | | |
| 37. JP Morgan Smart Retirement 2040 (IRA) | C | Dividend | L | T | | | | | |
| 38. Matthews Asia Growth & Income Fund (401k) | A | Dividend | K | T | | | | | |
| 39. Pyramis Select International Equity Commingled (401k) | A | Dividend | K | T | | | | | |
| 40. Sempra Energy Stock (401k) | B | Dividend | K | T | | | | | |
| 41. T. Rowe Price Growth Stock Fund (401k) | D | Dividend | M | T | | | | | |
| 42. T. Rowe Price Small Cap Stock Fund (401k) | C | Dividend | L | T | | | | | |
| 43. T Rowe Price US Treasury Money (401k) | C | Dividend | N | T | Buy | 3/8/19 | K | | |
| 44. Vanguard Institutional Index (401k) | D | Dividend | M | T | | | | | |
| 45. Vanguard Money Market Fund (401k) | A | Int./Div. | J | T | | | | | |
| 46. Wasatch Small Cap Growth Fund (401k) | A | Dividend | J | T | | | | | |
| 47. State of Israel Bonds | C | Distribution | J | T | Matured (part) | 11/1/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Costa, Gregg J. | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregg J. Costa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544